## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| VINCENT TORRE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 2:25-cv-00132-NT |
| | ) |
| JESSICA LEIGHTON, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On April 8, 2025, the United States Magistrate Judge filed with the Court, with copies to the parties, her Recommended Dismissal (ECF No. 3) after a preliminary review of the Plaintiff's complaint (ECF No. 1) under 28 U.S.C. § 1915. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Dismissal of the Magistrate Judge is hereby **ADOPTED** and the Plaintiff's complaint is **DISMISSED**.

Further, given that the Plaintiff recently has filed three other groundless cases in this Court (*Torre v. State of Maine*, 2:25-cv-00118-NT, *Torre v. Maine Department of Health and Human Services*, 2:25-cv-00127-NT, *Torre v. Lane,* 2:25-cv-00128-NT), I hereby place the Plaintiff on **NOTICE** that filing restrictions "may be in the offing." *Cok v. Fam. Ct. of R.I.*, 985 F.2d 32, 35 (1st Cir. 1993). This represents the "cautionary

order" of which *Cok* speaks. *Id*. Groundless and inappropriate filings will not be tolerated.

SO ORDERED.

/s/ Nancy Torresen<br>United States District Judge

Dated this 2nd day of May, 2025.